| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brian Norris<br>24909 Madison Ave Unit #2222<br>Murrieta, Ca 92562<br>951-294-1028<br><br>*Attorney for* pro per | FILED<br>SEP 10 2010<br>CLERK U S BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: $513.68 currently being held by 'Riverside County Sheriff's Office, Sheriff's Civil Division - West, 4095 Lemon St. 4th Floor, Riverside, Ca 92501' levied by the sheriff pursuant to creditor's instruction under a writ of execution, plus any & all other property not mentioned obtained pursuant to above writ of execution.<br><br>BRIAN K NORRIS                                            Debtor. | CHAPTER 7<br><br>CASE NUMBER 6:10-bk-24119-MJ<br><br>(No Hearing Required) |

## NOTICE OF MOTION AND MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (PERSONAL PROPERTY)

**(Creditor Name:** A-L Financial Corp/Pacific Credit Exchange, a corp.                          **)**

*(Insert Name of Creditor holding Lien to be Avoided)*

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers**:
   Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case**:

   a. ☒ A Voluntary Petition under Chapter   ☒ 7   ☐ 11   ☐ 12   ☐ 13  was filed on: 5/10/10
   b. ☐ An Involuntary Petition under Chapter   ☐ 7   ☐ 11   was filed on:
       ☐ An Order of Relief under Chapter   ☐ 7   ☐ 11   was entered on:
   c. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on:
   d. ☐ Other:

5. **Procedural Status**:
   a. ☒ Name of Trustee Appointed *(if any)*: Robert Whitmore
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

*(Continued on next page)*

Motion to Avoid Lien (Personal Property) - *Page 2*    **F 9013-1.7**

| In re $513.68 currently being held the sheriff pursuant to creditor's instruction under a writ of execution  BRIAN K NORRIS    Debtor. | CHAPTER 7 <br> CASE NUMBER 6:10-bk-24119-MJ |
|---|---|

6. Debtor claims an exemption in the subject personal property under:
   a. ☐ California Code of Civil Procedure § _____ (Homestead): Exemption amount claimed on Schedules: $_____
   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on Schedules: $_____
   c. ☒ Other Statute *(specify)*: 11 U.S.C. sec 522
   d. ☐ Other Statute *(specify)*:

7. Debtor's entitlement to an exemption is impaired by a non-judicial lien, the details of which are as follows:

   a. On *(specify date)*: _____, Debtor obtained a consumer loan from Respondent in the principal amount of *(specify amount)*: $

   b. As security for said loan, Debtor gave Respondent a security interest in certain personal property in Debtor's possession.

   c. The loan was neither obtained nor used for the purpose of buying the personal property described in Paragraph (b) above.

   d. The current balance due on the loan is *(specify amount)*: $

8. On Schedule C, Debtor claimed an exemption in said personal property.

9. Debtor alleges that the fair market value of each individual item of the personal property claimed exempt is set forth in a declaration attached hereto. *(Attach Debtor's declaration to this motion)*

10. Debtor attaches the following documents in support of the motion *(as appropriate)*:
    a. ☐ Schedule C listing all exemptions claimed by Debtor(s)
    b. ☐ Loan agreement
    c. ☐ Security agreement
    d. ☐ Declaration of Fair Market Value
    e. ☐ Other *(specify)*:
    f. ☐ Other *(specify)*:
    g. ☐ Other *(specify)*:

11. Total number of attached pages of supporting documentation: _____

12. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at ____Riverside____, California.

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the subject lien.

Dated: 9-10-10

_____
*Debtor's Signature*

Dated:

_____
*Law Firm Name*

By: _____

Name: _____

*Attorney for Debtor*

Order on Motion to Avoid Lien (Personal Property) - *Page 3*　　　**F 9013-1.7**

| In re $513.68 currently being held the sheriff pursuant to creditor's instruction under a writ of execution | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:10-bk-24119-MJ |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF _____

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

On _____, I served the foregoing document described as: NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (PERSONAL PROPERTY) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as follows:

(IMPORTANT NOTE: Compliance with F.R.B.P. 7004(b)(3) and California Code of Civil Procedure, Section 416.10 is required for service upon corporations. Service must be made upon an officer or other agent of the corporation authorized to accept service of process.)

❏ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____        _____
Type Name                                                            Signature